**TODD H. MASTER [SBN 185881]**
tmaster@hrmrlaw.com
**RODRIGO E. SALAS [SBN 194462]**
rsalas@hrmrlaw.com
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone:      (650) 365-7715
Facsimile:      (650) 364-5297

Attorneys for Defendants
CITY OF DALY CITY, erroneously sued as DALY CITY,
OFFICER GARY THOMPSON, OFFICER LEE AQUILA,
erroneously sued as LEE AGUILA, and OFFICER BENJAMIN WAGNON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ARTURO DUARTE,<br><br>           Plaintiff,<br><br>vs.<br><br>DALY CITY; AND DOES 1-20,<br><br>           Defendants. | Case No. 17-cv-00142-RS<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41 (a) (1)]** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-entitled action filed by Plaintiff ARTURO DUARTE against

Defendants CITY OF DALY CITY (erroneously sued as DALY CITY), OFFICER GARY

THOMPSON, OFFICER LEE AQUILA (erroneously sued as LEE AGUILA), and OFFICER

BENJAMIN WAGNON and all others is dismissed in its entirety with prejudice pursuant to

/ / /

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

DATE: March 6, 2018          STANLEY GOFF

                             By: /s/ Stanley Goff
                                 STANLEY GOFF
                                 Attorneys for Plaintiff
                                 ARTURO DUARTE

DATE: March 6, 2018          HOWARD ROME MARTIN & RIDLEY LLP

                             By: /s/ Rodrigo E. Salas
                                 Todd H. Master
                                 Rodrigo E. Salas
                                 Attorneys for Defendants
                                 CITY OF DALY CITY, erroneously sued as
                                 DALY CITY, OFFICER GARY
                                 THOMPSON, OFFICER LEE AQUILA,
                                 erroneously sued as LEE AGUILA, and
                                 OFFICER BENJAMIN WAGNON

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: __3/9__, 2018

_____
Hon. Richard Seeborg
Unites States District Court Judge

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715